UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA S. HOUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. 13-cv-05896 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Administration for further consideration. (ECF No. 26)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, based on the parties' stipulation, this Court recommends that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for

further administrative proceedings, including, but not limited to, the following actions: On remand the Appeals Council will direct the administrative law judge (ALJ) to provide plaintiff with the opportunity for a new hearing; the ALJ will consider the new evidence of Dr. Lewis' October 28, 2012 psychiatric review technique form opinion report, Dr. Lewis' October 28, 2012 medical source statement opinion report, and Dr. Lewis' October 24, 2012 psychological evaluation; the ALJ will reevaluate plaintiff's possible drug and alcohol problems; the ALJ will reevaluate and specify the weight given to the medical opinion evidence, including the opinions of Dr. Gardner and Dr. Bailey (Tr. 393-396, 468), Dr. Burke (Tr. 359-362), Dr. Lewis (Tr. 363-371, 372-381), and Dr. Sattar (Tr. 618-620); if necessary, the ALJ will obtain clarification of the medical opinions and if any portion of the opinion evidence is discounted, the ALJ will state the reasons for the discounting the opinion; if necessary, the ALJ will update the medical record with a neurological evaluation of plaintiff to determine if plaintiff suffers from brain damage; the ALJ will reevaluate plaintiff's maximum residual functional capacity; the ALJ will reevaluate plaintiff's credibility; and, if necessary, the ALJ will obtain supplemental vocational expert testimony regarding plaintiff's ability to perform past relevant work or, alternatively, work that exists in significant numbers in the national economy.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 21st day of March, 2014.

J. Richard Creatura
United States Magistrate Judge